

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| El Paso Specialty Hospital, Ltd, | § | No. 08-15-00282-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 448th District Court |
| | § | |
| Maria T. Gurrola, Individually and on behalf of all wrongful death beneficiaries, and as representative of the Estate of Oscar Gurrola. Deceased. | § | of El Paso County, Texas |
| | § | (TC# 2014DCV3560) |
| | § | |
| Appellee. | § | |

## **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **January 17, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alfonso L. Melendez, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before January 17, 2016.

IT IS SO ORDERED this 17th day of December, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.